**Order entered December 31, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00341-CV

### IN RE FOREX CAPITAL MARKETS, LLC, Relator

### V.

### KELLY M. CRAWFORD, Appellee

### On Appeal from the 429th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 429-00075-2014

## ORDER

In accordance with this Court's opinion of this date, we **DENY** Relator Forex Capital Markets, LLC's petition for writ of mandamus.

We **ORDER** real party in interest Kelly M. Crawford recover his costs of this proceeding from relator Forex Capital Markets.


/Michael J. O'Neill/
MICHAEL J. O'NEILL
JUSTICE